1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9   STEWART MANAGO,

10          Plaintiff,                    No. CIV S-06-1946 MCE GGH P

11      vs.

12  UNKNOWN, et al.,

13          Defendants.              ORDER

14  _____/

15          Plaintiff, a state prisoner at California State Prison - Sacramento, has filed a

16  document styled 'request for an interview with the special master." No other pleadings have

17  been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as

18  required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the

19  required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28

20  U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until

21  an action has been properly commenced. Therefore, plaintiff's motion will be denied without

22  prejudice. Plaintiff will be provided the opportunity to file his complaint, and to submit an

23  application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

24  /////

25  _____

26      [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the
    filing fee but will be allowed to pay it in installments.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's August 28, 2006 request for an interview with the special master is

3  denied without prejudice;

4    2.  Plaintiff is granted thirty days from the date of service of this order to file a

5  complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil

6  Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned

7  this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also

8  submit, within thirty days from the date of this order, the application to proceed in forma

9  pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

10  Plaintiff's failure to comply with this order will result in a recommendation that this matter be

11  dismissed; and

12    3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a

13  civil rights action, and the application to proceed in forma pauperis by a prisoner.

14  DATED:  9/19/06

/s/ Gregory G. Hollows

15

16    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

17  GGH:bb
  mana1946.noc

18

19

20

21

22

23

24

25

26

2