IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

       Plaintiff,                    No. CIV S-06-1946 MCE GGH P

      vs.

UNKNOWN, et al.,

       Defendants.            <u>ORDER</u>

_____/

        On August 28, 2006, plaintiff filed a document styled "request for an interview with the special master." No other pleadings were filed by the plaintiff. On September 19, 2006, the court issued an order construing plaintiff's document as a complaint. The court granted plaintiff thirty days to file a complaint that complied with the Federal Rules of Civil Procedure.

        On September 29, 2006, plaintiff filed a letter with the court stating that he did not intend to file a new civil rights action. Plaintiff states that he was attempting to contact the special master in <u>Coleman v. Schwarzenegger</u>. The court will direct the Clerk of the Court to send the special master a copy of plaintiff's August 28, 2006, pleading. The court also construes plaintiff's September 29, 2006, letter to contain a request to voluntarily dismiss this action. Fed. R. Civ. P. 41(a).

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to dismiss this action is granted; the Clerk of the Court is directed to close this case;

2. The Clerk of the Court is directed to serve a copy of plaintiff's August 28, 2006, pleading on J. Michael Keating, Office of the Special Master, 2351 Sussex Drive, Fernandina Beach, FL, 32034.

DATED: 11/8/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
man1946.ord